FILED: September 19, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4407
(1:24-cr-00174-SAG-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ROBERT JUSTIN KROP

      Defendant - Appellant

_____

O R D E R

_____

Upon review of submissions relative to the motion for stay pending appeal, the court denies the motion.

Entered at the direction of Judge Niemeyer with the concurrence of Judge Richardson and Judge Benjamin.

For the Court

/s/ Nwamaka Anowi, Clerk